UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | |
|---|---|
| MARTIN L., | : Case No. 3:23-cv-318 |
| Plaintiff, | : |
| vs. | : District Judge Thomas M. Rose |
| | : Magistrate Judge Elizabeth P. Deavers |
| COMMISSIONER OF SOCIAL SECURITY, | : |
| Defendant. | : |

## DECISION AND ENTRY

The Court has reviewed the Report and Recommendations of United States Magistrate Judge Elizabeth P. Deavers (Doc. No. 14), to whom this case was originally referred pursuant to 28 U.S.C. § 636(b) and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** said Report and Recommendations.

The Court **ORDERS** that:

(1) Plaintiff's statement of errors (Doc. No. 10) is **SUSTAINED**;

(2) The Commissioner's prior non-disability finding shall be **REVERSED**;

(3) This case shall be **REMANDED** to the Social Security Administration under Sentence Four of Section 405 of the Social Security Act, 42 U.S.C. § 405(g); and

(4) This case is **TERMINATED** on this Court's docket.

**DONE** and **ORDERED** in Dayton, Ohio, this Friday, November 22, 2024.

                                                                                                    s/Thomas M. Rose
                                                                                                        _____
                                                                                  THOMAS M. ROSE
                                                            UNITED STATES DISTRICT JUDGE